

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00280-CV

**IN RE** David **PENA**

Original Proceeding[1]

PER CURIAM

Sitting:    Irene Rios, Justice
            Adrian A. Spears II, Justice
            Velia J. Meza, Justice

Delivered and Filed: May 28, 2025

DISMISSED

On May 5, 2025, relator filed a petition for writ of mandamus. On May 6, 2025, we issued an order requesting a response from the respondent and real party in interest. The same day, relator filed a motion for temporary relief. On May 19, 2025, relator filed a motion to dismiss original proceeding and withdraw motion for temporary relief citing the execution of a mediated settlement agreement between relator and real party in interest. The motion to dismiss is GRANTED. The motion for temporary relief is dismissed, we vacate our order requesting additional briefing, and the petition for writ of mandamus is DISMISSED.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2023-CI-02573, styled *In the Matter of the Marriage of David Pena and Keli Pena and In the Interest of M.P. and A.P., Minor Children*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.